UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: AIR CRASH AT MUAN INTERNATIONAL AIRPORT, SOUTH KOREA ON DECEMBER 29, 2024. | CASE NO. MDL 3174<br><br>ORDER RE: INITIAL CASE MANAGEMENT CONFERENCE |

Pursuant to Federal Rule of Civil Procedure 16.1, the court will hold an initial case management conference by video on **June 11, 2026**. The parties are ORDERED to meet and confer in good faith and file a joint report by no later than **May 21, 2026** that addresses the following topics.

I.      Pursuant to Rule 16.1(b)(2), the report shall address the parties' views on:

(A)      Whether leadership counsel should be appointed and, if so:

(i)      the timing of the appointments;

(ii)      the structure of leadership counsel;

ORDER - 1

(iii)    the procedure for selecting leadership and whether the appointments should be reviewed periodically;

(iv)    their responsibilities and authority in conducting pretrial activities and any role in facilitating resolution of the MDL proceedings;

(v)    the proposed methods for regularly communicating with and reporting to the court and nonleadership counsel;

(vi)    any limits on activity by nonleadership counsel; and

(vii)    whether and when to establish a means for compensating leadership counsel;

(B)    Any previously entered scheduling or other orders that should be vacated or modified;

(C)    A schedule for additional management conferences with the court;

(D)    How to manage the direct filing of new actions in the MDL proceedings; and

(E)    Whether related actions have been—or are expected to—be filed in other courts, and whether to adopt methods for coordinating with them.

II.    Pursuant to Rule 16.1(b)(3), the report shall also address the parties' initial views on:

(A)    Whether consolidated pleadings should be prepared;

(B)    How and when the parties will exchange information about the factual bases for their claims and defenses;

(C)    Discovery, including any difficult issues that may arise;

(D)    Any likely pretrial motions;

ORDER - 2

(E)   Whether the court should consider any measures to facilitate resolving some or all actions before the court;

(F)   Whether any matters should be referred to a magistrate judge or a master; and

(G)   The principal factual and legal issues likely to be presented.

III.   Pursuant to Rule 16.1(b)(3), the report may also include any other matters that the parties wish to bring to the court's attention.

Counsel of record are responsible for ensuring that this order is served on any newly served parties.  The court will set the time of the hearing and distribute information on how to connect to the video conference after it reviews the parties' report.

Dated this 16th day of April, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 3