UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: AIR CRASH AT MUAN INTERNATIONAL AIRPORT, SOUTH KOREA ON DECEMBER 29, 2024. | CASE NO. MDL 3174<br><br>ORDER RE: INITIAL CASE MANAGEMENT CONFERENCE |

The court has reviewed the parties' May 21, 2026 joint status report filed pursuant to Federal Rule of Civil Procedure 16.1.  (JSR (Dkt. # 5).)  The court GRANTS the parties' request to schedule the initial case management conference in the morning of June 11, 2026, and sets the conference to begin at 10:00 a.m. PDT.  The Clerk will provide instructions for joining the video conference by email.

The court ORDERS the parties to be prepared to discuss the following topics during the initial case management conference on June 11, 2026:

ORDER - 1

1.    Plaintiffs' proposal to have four attorneys jointly appointed as leadership counsel.

2.    Whether any party objects to Plaintiffs' filing of the proposed Master Complaint.  (*See* JSR, Ex. 1.)

3.    Whether any party objects to the use of Plaintiffs' proposed short form complaint to add additional plaintiffs to this action.  (*See* JSR, Ex. 2.)

4.    The court agrees with Defendant The Boeing Company ("Boeing") that it is appropriate to decide Boeing's anticipated motion to dismiss on *forum non conveniens* grounds before merits discovery begins.  (*See, e.g.*, JSR at 5-8.)  Accordingly, the parties shall be prepared to discuss (a) whether any discovery related to the *forum non conveniens* issue is necessary before Boeing files its motion to dismiss, (b) if so, what discovery is necessary and how much time is needed to complete such discovery, and (c) a schedule for completion of *forum non conveniens* discovery and briefing on Boeing's anticipated motion to dismiss.

Dated this 28th day of May, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 2