UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: AIR CRASH AT MUAN INTERNATIONAL AIRPORT, SOUTH KOREA ON DECEMBER 29, 2024. | CASE NO. MDL 3174<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The parties are ORDERED to file, by no later than **June 29, 2026**, a joint statement discussing: (1) the discovery Plaintiffs assert is necessary to oppose Defendant's anticipated motion to dismiss for *forum non conveniens* ("FNC"); (2) any disputes regarding the scope of Plaintiffs' FNC discovery requests for which the parties

//

//

MINUTE ORDER - 1

require the court's intervention; and (3) a proposed schedule for completion of FNC discovery.

Filed and entered this 11th day of June, 2026.

JOSHUA C. LEWIS
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2